# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jonathan Miller,

   Petitioner,        JUDGMENT IN A CIVIL CASE

vs.               3:08cv469

Attorney General Roy Cooper,

   Respondent.


DECISION BY COURT. This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/12/2008 Order.


            Signed: November 12, 2008

            _____
            Frank G. Johns, Clerk
            United States District Court